# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

ROBERT HUBBLE, on behalf of
himself and all others similarly situated,

    Plaintiff,

v.

LOANDEPOT.COM, LLC,

    Defendant.
_____/

Case No. 1:24-cv-11173

Hon. Thomas L. Ludington

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore of Blackmore Law PLC, enters his appearance for Plaintiff in this matter.

    Respectfully submitted,

    BLACKMORE LAW PLC

    /s/ George T. Blackmore
    George T. Blackmore (P76942)
    BLACKMORE LAW PLC
    1100 Owendale Drive, Suite M
    Troy, MI 48083
    T: (833) 343-6743
    F: (855) 744-4419
    E: george@blackmore.law
    *Local Counsel for Plaintiff*

Dated: August 29, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ George T. Blackmore
George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law
*Local Counsel for Plaintiff*