UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ROBERT HUBBLE**, *on behalf of himself and all others similarly situated*,<br><br>    *Plaintiff*,<br>  v.<br><br>**LOANDEPOT.COM, LLC**,<br><br>    *Defendant*. | Civil Case No.: 1:24-cv-11173<br><br>Hon. Thomas L. Ludington |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER
DIRECTING PLAINTIFF TO SHOW CAUSE WHY
LOCAL RULE 83.20(f) SHOULD NOT BE ENFORCED**

1.    On August 26, 2024, the Court issued an Order Directing Plaintiff to Show Cause Why Local Rule 83.20(f) Should Not Be Enforced.  [*See* Dkt. 19].

2.    Local Rule 83.20(f)(1) provides that:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel.

E.D. Mich. LR 83.20(f)(1).

3.    On August 29, 2024, George T. Blackmore, Esq. of Blackmore Law

PLC entered his appearance as local counsel for Plaintiff in this matter. [*See* Dkt. 20].

4. Mr. Blackmore has an office located at 1100 Owendale Drive, Suite M, Troy, Michigan 48083, which is located in this District. [*See id*].

5. Accordingly, Plaintiff respectfully submits that Plaintiff is in compliance with the requirements of Local Rule 83.20(f).

Dated: September 20, 2024

s/*Max S. Morgan*
Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Local Counsel for Plaintiff*

1

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on September 20, 2024.

*/s/ Max S. Morgan*
Max S. Morgan
