UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Hubble,

                      Plaintiff(s),

v.                                          Case No. 1:24-cv-11173-TLL-PTM
                                                          Hon. Thomas L. Ludington

Loandepot.com, LLC,

                      Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 8/26/2024, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                          s/Thomas L. Ludington
                                                          Thomas L. Ludington
                                                          U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/K Winslow
                                                                Case Manager

Dated:   September 20, 2024