**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **ROBERT HUBBLE**, *on behalf of himself and all others similarly situated*,<br><br>*Plaintiff*,<br>v.<br><br>**LOANDEPOT.COM, LLC**,<br><br>*Defendant*. | Civil Case No.: 1:24-cv-11173<br><br>Hon. Thomas L. Ludington |

**JOINT MOTION FOR CONFIDENTIALITY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), now comes Plaintiff Robert Hubble and Defendant loanDepot.com, LLC (collectively, the "Parties"), by and through their respective counsel, and hereby move the Court to approve and enter the proposed Agreed Confidentiality Order, filed herewith as **Exhibit A**. By this Joint Motion, the Parties seek to protect their respective interests, and the interests of non-parties, in maintaining the confidentiality of certain proprietary, confidential, and/or sensitive documents or information, as set forth in their Agreed Confidentiality Order. The Agreed Confidentiality Order has been agreed upon and signed by the Parties. Therefore, the Parties respectfully request that the Court grant this Joint Motion for Confidentiality Order and enter the proposed Agreed Confidentiality Order.

Dated: October 2, 2024

*s/Brittany A. Andres*
Eric J. Troutman
Brittany A. Andres
Troutman Amin, LLP
400 Spectrum Center, Suite 1550
Irvine, CA 92618
(949) 350-5612
troutman@troutmanamin.com
brittany@troutmanamin.com

Sean T.H. Dutton
Troutman Pepper Hamilton Sanders LLP
400 Town Center
Suite 1800
Southfield, MI 48075
(248) 359-7323
sean.dutton@troutman.com

*Attorneys for Defendant loanDepot.com, LLC*

*/s/ Max S. Morgan*
Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff and the putative class*

**CERTIFICATE OF SERVICE**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on October 2, 2024.

*/s/ Max S. Morgan*
Max S. Morgan