UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Hubble,

                Plaintiff(s),

v.                                              Case No. 1:24–cv–11173–TLL–PTM
                                              Hon. Thomas L. Ludington

Loandepot.com, LLC,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Patricia T. Morris for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Compel – #27

                                                s/Thomas L. Ludington
                                                Thomas L. Ludington
                                                United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                s/K Winslow
                                                Case Manager

Dated:   November 5, 2024