**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ROBERT HUBBLE, *on behalf of himself and*
*all others similarly situated*,

            Plaintiff,           Case No. 1:24-cv-11173

v.                                    Hon. Thomas L. Ludington

LOAN DEPOT, LLC,

            Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Defendant loanDepot.com, LLC, incorrectly named as Loan Depot, LLC ("loanDepot"), by and through its undersigned counsel, and gives notice of its Substitution of Counsel:

Kelly E. Kane of Troutman Pepper Hamilton Sanders LLP hereby enters her appearance as co-counsel for Defendant loanDepot, in substitution of Sean T.H. Dutton, formerly of Troutman Pepper Hamilton Sanders LLP. Substitute counsel's address and phone number are as follows:

Kelly E. Kane (P81912)
Troutman Pepper Hamilton Sanders LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
(248) 359-7300
kelly.kane@troutman.com

All further pleadings, orders, and notices for should be sent to substitute counsel.

304664088v1

Dated:  December 2, 2024               Respectfully submitted;

/s/ *Kelly E. Kane*
Kelly E. Kane (P81912)
TROUTMAN PEPPER HAMILTON SANDERS LLP
4000 Town Center, Suite 1800
Southfield, MI  48075
(248) 359-7300
kelly.kane@troutman.com

**Co-Counsel for Defendant loanDepot**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            */s/ Kelly E. Kane*
                                                            Kelly E. Kane