UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HUBBLE,

        Plaintiff,                                  Case No. 1:24-cv-11173

v.

                                                Honorable Thomas L. Ludington

LOAN DEPOT, LLC,                          United States District Judge

        Defendants.
_____/

## ORDER SUBSTITUTING DEFENDANT COUNSEL

Having reviewed the attached Proposed Order and this Court being otherwise fully advised in the premises:

It is **ORDERED** that Attorney Kelly E. Kane is **SUBSTITUTED** for Attorney Sean T.H. Dutton as co-attorney of record for Defendant Loan Depot, LLC.

Further, it is **ORDERED** that Attorney Sean T.H. Dutton will be **REMOVED** as counsel for Defendant and will no longer receive notice of electronic filings in this case.

**This is not a final order and does not close the above-captioned case.**

Dated: December 10, 2024                                    s/Thomas L. Ludington
                                                                    THOMAS L. LUDINGTON
                                                                      United States District Judge