# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff,*

v.

**LOANDEPOT.COM, LLC,**

    *Defendant.*

_____/

Case No. 1:24-CV-11173

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## JOINT MOTION TO CONTINUE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL HEARING

Plaintiff Robert Hubble ("Plaintiff") and Defendant loanDepot.com, LLC ("loanDepot") submits this Joint Motion to Continue Plaintiff's Motion for Protective Order and Motion to Compel Hearing to January 31, 2025, and states:

1. On October 31, 2024, Plaintiff filed a Motion for Protective Order. *See* Dkt. No. 25.

2. On November 1, 2024, this Court referred Plaintiff's Motion for Protective Order to Magistrate Judge Patricia T. Morris. *See* Dkt. No. 26.

3. On November 4, 2024, Plaintiff filed a Motion to Compel Responses to Discovery. *See* Dkt. No. 27.

4. On November 5, 2024, this Court referred Plaintiff's Motion to Compel Responses to Discovery to Magistrate Judge Patricia T. Morris. *See* Dkt. No. 26.

1

5. On November 6, 2024, this Court issued a Notice of In Person Hearing on Plaintiff's Motion for Protective Order and Motion to Compel Responses to Discovery for December 19, 2024. *See* Dkt. No. 29.

6. On December 4, 2024, Plaintiff prepared a draft of the Joint Issues List in accordance with the Court's November 6, 2024, Order and provided the draft to Defendant for Defendant's consideration and input.

7. On December 5, 2024, the parties met and conferred to discuss the draft Joint Issues List and continued to discuss potential solutions for resolving Plaintiff's Motions. The parties are still actively working through the issues raised in Plaintiff's Motions and making progress toward narrowing or completely resolving the disputes without further Court intervention.

8. The parties jointly request a continuance and additional time to meet and confer on the issues raised in Plaintiff's Motions as such additional time will allow the parties to finalize potential solutions and potentially avoid unnecessary judicial involvement.

9. The parties' request to continue the hearing date on Plaintiff's Motions is in good faith and not for the purpose of unnecessary delay and will not prejudice any of the parties.

10. As such, the parties respectfully request that the Court continue the hearing on Plaintiff's Motions from December 19, 2024, to January 31, 2025, or

another date more convenient for the Court.

[SIGNATURES ON FOLLOWING PAGE]

Dated: December 11, 2024

THE WEITZ FIRM, LLC

By: /s/*Max. S Morgan*_____
    Max S. Morgan, Esquire
    1515 Market Street #1100
    Philadelphia, Pennsylvania  19102
    O: 267-587-6240
    D: 484-838-7227
    F: 215-689-0875
    max.morgan@theweitzfirm.com

    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

    George T. Blackmore (P76942)
    BLACKMORE LAW PLC
    1100 Owendale Drive, Suite M
    Troy, MI 48083
    T: (833) 343-6743
    F: (855) 744-4419
    E: george@blackmore.law

    *Attorneys for Plaintiff Robert Hubble*

Dated: December 11, 2024        TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
    Eric J. Troutman
    Brittany A. Andres
    400 Spectrum Center Drive
    Suite 1550
    Irvine, CA 92618
    troutman@troutmanamin.com
    brittany@troutmanamin.com
    Tel: (949) 350-5612

*Attorneys for Defendant loanDepot.com, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, I electronically sent the foregoing to counsel of record for the Plaintiff.

/s/ *Brittany A. Andres*
Brittany A. Andres