# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*<br><br>    *Plaintiff,*<br>v.<br><br>**LOANDEPOT.COM, LLC,**<br>    *Defendant.*<br>_____/ | Case No. 1:24-CV-11173<br><br>Thomas L. Ludington<br>United States District Judge<br><br>Patricia T. Morris<br>United States Magistrate Judge |

## ORDER GRANTING JOINT MOTION TO CONTINUE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL HEARING

This matter having come before this Court pursuant to the parties' Joint Motion to Continue Plaintiff's Motion for Protective Order and Motion to Compel Hearing, this Court having reviewed the Joint motion, orders as follows:

IT IS ORDERED that the Joint Motion to Continue Plaintiff's Motion for Protective Order and Motion to Compel Hearing is GRANTED;

IT IS FURTHER ORDERED that the December 19, 2024 hearing on Plaintiff's Motion for Protective Order and Motion to Compel shall be adjourned to January 31, 2025 at 10:00 a.m.

Dated: December 17, 2024

                                                                     s/ Patricia T. Morris
                                                                     Patricia T. Morris
                                                                       U.S. Magistrate Judge