UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Hubble,

                Plaintiff(s),

v.                                         Case No. 1:24–cv–11173–TLL–PTM
                                               Hon. Thomas L. Ludington

Loandepot.com, LLC,

                Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before Magistrate Judge Patricia T. Morris for the following motion(s):

Motion for Protective Order – #25

- MOTION HEARING:  January 31, 2025 at 10:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:** 669–254–5252
**MEETING ID:**     161 167 7166

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                                         By: s/K Castaneda
                                                                          Case Manager

Dated:   January 29, 2025