UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Hubble,

                      Plaintiff(s),

v.                                              Case No. 1:24–cv–11173–TLL–PTM
                                                     Hon. Thomas L. Ludington

Loandepot.com, LLC,

                      Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

    PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before Magistrate Judge Patricia T. Morris for the following motion(s):

    Motion for Protective Order – #25

- MOTION HEARING:  February 18, 2025 at 09:00 AM

    The public may access the audio proceedings with the following connection information.

    ***PHONE NUMBER:*** 669–254–5252
    ***MEETING ID:***    161 167 7166

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                       By: s/K Castaneda
                                                           Case Manager

Dated:   January 30, 2025