UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,* | Case No. 1:24-CV-11173-TLL-PTM |
| *Plaintiff*, | |
| v. | |
| **LOANDEPOT.COM, LLC,** | |
| *Defendant*. | |
| _____/ | |

### NOTICE OF WITHDRAWAL OF PLAINTIFF ROBERT HUBBLE'S MOTION TO COMPEL A DOCUMENT PRODUCTION

NOW COMES Plaintiff Robert Hubble ("Plaintiff"), by and through his counsel of record, hereby requests that his Motion for a Protective Order (Dkt. No. 57) be withdrawn from the Court's docket.

Respectfully submitted,

Dated: February 10, 2025

*/s/Anthony I. Paronich*_____
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875

1

max.morgan@theweitzfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff and the Putative Classes*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed electronically with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

/s/ *Anthony I. Paronich*
Anthony I. Paronich