## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

Case No. 1:24-CV-11173-TLL-PTM

  *Plaintiff,*

v.

**LOANDEPOT.COM, LLC,**

  *Defendant.*

_____/

## JOINT STIPULATION TO REINSTATE HEARING ON PLAINTIFF ROBERT HUBBLE'S MOTION FOR PROTECTIVE ORDER

Robert Hubble ("Plaintiff") and loanDepot.com, LLC ("loanDepot") hereby stipulate to reinstate the hearing on Plaintiff's Motion for Protective Order for May 6, 2025, or another date that is more convenient for the Court. In support of this stipulation, the parties state as follows:

1.      On October 31, 2024, Plaintiff filed a Motion for Protective Order related to a subpoena served by loanDepot on Plaintiff's phone carrier, Verizon Wireless (the "Motion"). Dkt. No. 25.

2.      On November 1, 2024, the Court referred the Motion to Magistrate Judge Patricia T. Morris. Dkt. No. 26.

3.      On November 6, 2024, the Court set an in person hearing on the Motion for December 19, 2024 at 10:00 a.m. Dkt. No. 29.

4.      On November 14, 2024, loanDepot filed a Response in Opposition to

Plaintiff's Motion. Dkt. No. 30.

5. On November 21, 2024, Plaintiff filed a Reply in support of his Motion. Dkt. No. 32.

6. On December 11, 2024, the parties submitted a Joint Motion to Continue the hearing on Plaintiff's Motion to January 31, 2025, which the Court granted. Dkt. Nos. 34, 38.

7. On December 12, 2024, the parties submitted a Joint List of Unresolved Issues. Dkt. No. 37.

8. On January 29, 2025, the Court issued a Notice of Remote Hearing on the Motion. Dkt. No. 39.

9. Thereafter, on January 30, 2025, this Court continued the remote Motion hearing to February 18, 2025 at 9:00 a.m. Dkt No. 41.

10. Throughout this time, the parties met and conferred in an effort to resolve the dispute that gave rise to the Motion, exchanging proposals regarding the scope of the subpoena.

11. On February 10, 2025, Plaintiff prematurely filed a Notice for Withdrawal of his Motion. Dkt No. 42.

12. However, the parties have *not* resolved Plaintiff's Motion for Protective Order.

13. Therefore, the parties respectfully request this Court to reinstate the

hearing on Plaintiff's Motion for Protective Order back on the Court's calendar for May 6, 2025 via Zoom.

ACCORDINGLY, IT IS HEREBY STIPULATED that Plaintiff's Motion for Protective Order is reinstated and a hearing on the Motion is scheduled for May 6, 2025 at 9:00 a.m. via Zoom, or another date and time that is more convenient for the Court.

Dated: April 3, 2025

*/s/Brittany A. Andre*s_____
Eric J. Troutman
Brittany A. Andres
TROUTMAN AMIN, LLP
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

*Attorneys for Defendant*
*loanDepot.com, LLC*

*/s/Anthony I. Paronich*_____
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff and the Putative*
*Classes*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 3, 2025, a true and accurate copy of the foregoing was filed with the Court using the Clerk of Court's electronic filing system, which by its operation will send notice of this filing to all parties that have entered an appearance in this matter.

/s/ *Brittany A. Andres*
Brittany A. Andres