UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Hubble,

                Plaintiff(s),

v.                                         Case No. 1:24−cv−11173−TLL−PTM
                                            Hon. Thomas L. Ludington

Loandepot.com, LLC,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Patricia T. Morris for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion for Protective Order − #25

                                            s/Thomas L. Ludington
                                            Thomas L. Ludington
                                            United States District Judge

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/K Winslow
                                              Case Manager

Dated:   April 7, 2025