UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HUBBLE, *on behalf of himself and all others similarly situated*,

      Plaintiff,

  v.

LOANDEPOT.COM, LLC,

      Defendant.
_____/

Case No. 1:24-cv-11173

Honorable Thomas L. Ludington
United States District Judge

### ORDER GRANTING JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER

Having reviewed the Parties' Stipulation to Modify the Scheduling Order, ECF No. 43, and otherwise being fully advised in the premises:

It is **ORDERED** that the Parties' Stipulation to Modify the Scheduling Order, ECF No. 43, is **GRANTED**.

Further, it is **ORDERED** that the Scheduling Order, ECF No. 18, is **ADJOURNED** as follows:

| | |
|---|---|
| Defendant Expert Disclosure Due: | July 2, 2025 |
| Class Certification Motion Due: | July 29, 2025 |
| Response to Class Certification Motion Due | September 29, 2025 |
| Reply to Response to Class Certification Motion Due: | October 20, 2025 |
| Discovery Motions Due: | November 26, 2025 |
| Discovery Cutoff: | December 29, 2025 |
| Settlement Conference: | January 7, 2026, at 2:00 PM EST |
| Motions Challenging Experts Due: | February 27, 2026 |
| Dispositive Motions and Daubert Motions Due: | June 30, 2026 |
| Rule 26(a)(3)(B) Disclosures Due: | September 3, 2026 |
| Motions *in limine* Due: | September 8, 2026 |
| Pretrial Submissions Due: | October 6, 2026 |

- 2 -

| Final Pretrial Conference: | October 13, 2026, at 2:00 PM EDT |
| Jury Trial: | November 3, 2026, at 8:30 AM EDT |

**This is not a final order and does not close the above-captioned case.**

Dated: April 17, 2025                              s/Thomas L. Ludington
                                                                     THOMAS L. LUDINGTON
                                                                     United States District Judge