# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff,*

v.

**LOANDEPOT.COM, LLC,**

    *Defendant.*

_____/

Case No. 1:24-CV-11173-TLL-PTM

## NOTICE OF WITHDRAWAL OF PLAINTIFF ROBERT HUBBLE'S MOTION TO COMPEL A DOCUMENT PRODUCTION

NOW COMES Plaintiff Robert Hubble ("Plaintiff"), by and through his counsel of record, hereby requests that his Motion for Protective Order (Dkt. No. 25) (the "Motion") be withdrawn from the Court's docket. Plaintiff and Defendant loanDepot.com, LLC ("Defendant") have reached an agreement with respect to the Motion.

    Respectfully submitted,

    Dated: May 5, 2025

    */s/Anthony I. Paronich*_____
    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

    Max S. Morgan, Esquire

THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff and the Putative Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2025, I caused a copy of the foregoing to be filed electronically with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

/s/ *Anthony I. Paronich*
Anthony I. Paronich

2