UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HUBBLE,

        Plaintiff,                      Case No. 1:24-cv-11173

v.                                         Honorable Thomas L. Ludington
                                             United States District Judge

LOANDEPOT.COM, LLC,

        Defendants.
_____/

**ORDER GRANTING STIPULATION TO EXTEND DATES AND DEADLINES**

Having reviewed the Parties' attached Stipulation, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Stipulation to Extend Dates and Deadlines, ECF No. 50, is **GRANTED**.

Further, it is **ORDERED** that the Scheduling Order, ECF Nos. 18, as amended by ECF No. 47, is **ADJOURNED** as follows:

| | |
|---|---|
| Expert Disclosures, Defendant Served By: | September 30, 2025 |
| Class Certification Motion Filed By: | October 27, 2025 |
| Class Certification Motion Response Filed By: | December 29, 2025 |
| Class Certification Motion Reply Filed By: | January 20, 2026 |
| Discovery Motions Filed By: | February 24, 2026 |
| Discovery Cutoff: | March 30, 2026 |
| Motions Challenging Experts Filed By: | May 28, 2026 |

**This is not a final order and does not close this case.**

Dated: September 10, 2025                          s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                               United States District Judge