# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff*,

v.

**LOANDEPOT.COM, LLC,**

    *Defendant*.

_____/

Case No. 1:24-CV-11173-TLL-PTM

## JOINT STIPULATION TO MODIFY
## CASE MANAGEMENT AND SCHEDULING ORDER

Robert Hubble ("Plaintiff") and loanDepot.com, LLC ("loanDepot") hereby stipulate to modify the Amended Case Management and Scheduling Order entered by the Court on September 10, 2025. Dkt. No. 51. In support of this stipulation, the parties state as follows:

1. On August 9, 2024, the Court issued its Case Management and Scheduling Order. Dkt. No. 18.

2. On April 3, 2025, the parties submitted their first Joint Stipulation to Modify Case Management and Scheduling Order. Dkt. No. 43.

3. On April 17, 2025, the Court issued an Order granting the parties' Joint Stipulation to Modify the Scheduling Order. Dkt. No. 47.

4. On July 1, 2025, the parties submitted their second Joint Stipulation to Modify Case Management and Scheduling Order. Dkt. No. 50.

1

5. On September 10, 2025, the Court issued an Order granting the parties' Joint Stipulation to Modify the Scheduling Order. Dkt. No. 51. As such, the current amended case deadlines are as follows:

- Expert Disclosure, Defendant Served by September 30, 2025
- Class Certification Motion Filed by October 27, 2025
- Class Certification Motion Response Filed by December 29, 2025
- Class Certification Motion Reply Filed by January 20, 2026
- Discovery Motions Filed by February 24, 2026
- Discovery Cutoff Filed by March 30, 2026
- Motions Challenging Experts Filed by May 28, 2026

6. Since that time, the parties have been diligently working to comply with the deadlines set forth in the Case Management and Scheduling Order and have exchanged discovery requests and responses in a timely manner. Despite these efforts, certain issues have arisen that require additional time for resolution.

7. Third-party depositions remain pending. Plaintiff noticed the deposition of third-party, Shift44, for August 27, 2025. On August 19, 2025, Shift44 produced records responsive to Plaintiff's subpoena. Thereafter, on August 24, 2025, Plaintiff served an amended deposition subpoena of Shift44, amending the topics. Although the deposition date of August 27, 2025, remained intact, the amendment of topics prompted the deposition to be rescheduled to October 16, 2025.

8.  Moreover, the extension of time will provide the parties' sufficient time to complete depositions. loanDepot served a notice of taking deposition of Plaintiff which is currently scheduled for October 15, 2025.

9.  Additionally, Plaintiff intends on deposing a couple of individuals at loanDepot. Due to scheduling conflicts, however, the parties are still coordinating the scheduling of these depositions.

10. In light of the above, the parties seek entry of an order providing a modest extension of the scheduling order deadlines as follows:

| Event: | Current Deadline: | New Deadline: |
|---|---|---|
| Expert Disclosure, Defendant Served By | September 30, 2025 | November 29, 2025 |
| Class Certification Motion Filed By | October 27, 2025 | December 16, 2025 |
| Class Certification Motion Response Filed By | December 29, 2025 | February 27, 2026 |
| Class Certification Motion Reply Filed By | January 20, 2026 | March 21, 2026 |
| Discovery Motions Filed By | February 24, 2026 | April 25, 2026 |
| Discovery Cutoff | March 30, 2026 | May 29, 2026 |
| Motions Challenging Experts Filed By | May 28, 2026 | July 27, 2026 |

11. This is the parties' third request for an extension of the aforementioned deadlines.

12. The parties agree that neither party will be prejudiced by the requested

3

extension, and the parties certify that they are seeking an extension in good faith.

ACCORDINGLY, IT IS HEREBY STIPULATED that the aforementioned deadlines are extended by 60 days.

Dated: September 17, 2025

/s/Brittany A. Andres_____
Eric J. Troutman
Brittany A. Andres
TROUTMAN AMIN, LLP
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

*Attorneys for Defendant
loanDepot.com, LLC*

/s/Anthony I. Paronich_____
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff and the Putative Classes*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 17, 2025, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Brittany A. Andres*
Brittany A. Andres