UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff*,

v.

**LOANDEPOT.COM, LLC,**

    *Defendant*.

_____

Case No. 1:24-CV-11173

ORDER TO MODIFY
CASE MANAGEMENT AND SCHEDULING ORDER

Before the Court is the Parties' Stipulation seeking to modify the Case Management and Scheduling Order entered by the Court on September 10, 2025. ECF No. 51. Having considered the request, this Court now enters the following order: **IT IS ORDERED** that the Stipulation, **ECF No. 52**, is **GRANTED**. The deadlines are modified as follows:

| Event: | Current Deadline: | New Deadline: |
|---|---|---|
| Expert Disclosure, Defendant Served By | September 30, 2025 | November 29, 2025 |
| Class Certification Motion Filed By | October 27, 2025 | December 16, 2025 |
| Class Certification Motion Response Filed By | December 29, 2025 | February 27, 2026 |
| Class Certification Motion Reply Filed By | January 20, 2026 | March 21, 2026 |
| Discovery Motions Filed By | February 24, 2026 | April 25, 2026 |

| Discovery Cutoff | March 30, 2026 | May 29, 2026 |
|---|---|---|
| Motions Challenging Experts Filed By | May 28, 2026 | July 27, 2026 |

**IT IS SO ORDERED.**

Dated: September 30, 2025　　　　　　　　　　　s/Thomas L. Ludington
　　　　　　　　　　　　　　　　　　　　　　　THOMAS L. LUDINGTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -