UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff*,

v.

**LOANDEPOT.COM, LLC,**

    *Defendant*.

_____/

Case No. 1:24-CV-11173-TLL-PTM

## JOINT STIPULATION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER

Robert Hubble ("Plaintiff") and loanDepot.com, LLC ("loanDepot") hereby stipulate to modify the Amended Case Management and Scheduling Order entered by the Court on September 30, 2025. Dkt. No. 54. In support of this stipulation, the parties state as follows:

1. On August 9, 2024, the Court issued its Case Management and Scheduling Order. Dkt. No. 18.

2. On April 3, 2025, the parties submitted their first Joint Stipulation to Modify Case Management and Scheduling Order. Dkt. No. 43.

3. On April 17, 2025, the Court issued an Order granting the parties' Joint Stipulation to Modify the Scheduling Order. Dkt. No. 47.

4. On July 1, 2025, the parties submitted their second Joint Stipulation to Modify Case Management and Scheduling Order. Dkt. No. 50.

1

5. On September 10, 2025, the Court issued an Order granting the parties' second Joint Stipulation to Modify the Scheduling Order. Dkt. No. 51.

6. On September 17, 2025, the parties submitted their third Joint Stipulation to Modify Case Management and Scheduling Order. Dkt. No. 52.

7. On September 30, 2025, the Court issued an Order granting the parties' third Joint Stipulation to Modify the Scheduling Order. Dkt. No. 54. The current amended case deadlines are as follows:

- Expert Disclosure, Defendant Served by November 29, 2025
- Class Certification Motion Filed by December 16, 2025
- Class Certification Motion Response Filed by February 27, 2026
- Class Certification Motion Reply Filed by March 21, 2026
- Discovery Motions Filed by April 25, 2026
- Discovery Cutoff Filed by May 29, 2026
- Motions Challenging Experts Filed by July 27, 2026

8. Since that time, the parties have been diligently working to comply with the deadlines set forth in the Case Management and Scheduling Order. The parties have exchanged discovery requests and responses in a timely manner and have conducted third-party depositions. Despite these efforts, certain discovery needs to be completed that require additional time.

9. More specifically, Plaintiff intends on deposing individuals at

2

loanDepot. Due to scheduling conflicts and the upcoming holiday season, however, the parties are still coordinating the scheduling of these depositions. Further, loanDepot still needs to take the deposition of Plaintiff. loanDepot served a second amended notice of taking deposition of Plaintiff which is currently scheduled for January 29, 2026. The extension of time will provide the parties' sufficient time to complete depositions.

10. Additionally, the parties have been engaging in settlement discussions. The additional time will provide the parties more time to potentially reach a resolution in this case.

11. In light of the above, the parties seek entry of an order providing a modest extension of the scheduling order deadlines as follows:

| **Event:** | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Class Certification Motion Filed By | December 16, 2025 | February 13, 2025 |
| Class Certification Motion Response Filed By | February 27, 2026 | April 27, 2026 |
| Class Certification Motion Reply Filed By | March 21, 2026 | May 21, 2026 |
| Discovery Motions Filed By | April 25, 2026 | June 25, 2026 |
| Discovery Cutoff | May 29, 2026 | July 29, 2026 |
| Motions Challenging Experts Filed By | July 27, 2026 | September 28, 2026 |

12. This is the parties' fourth request for an extension of the

3

aforementioned deadlines.

13. The parties agree that neither party will be prejudiced by the requested extension, and the parties certify that they are seeking an extension in good faith.

ACCORDINGLY, IT IS HEREBY STIPULATED that the aforementioned deadlines are extended by 60 days.

Dated: November 12, 2025

*/s/ Brittany A. Andres*
Eric J. Troutman
Brittany A. Andres
TROUTMAN AMIN, LLP
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

*Attorneys for Defendant
loanDepot.com, LLC*

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff and the Putative Classes*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 12, 2025, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Brittany A. Andres*
Brittany A. Andres