UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HUBBLE,

        Plaintiff,                        Case No. 1:24-cv-11173

v.                                          Honorable Thomas L. Ludington
                                                United States District Judge
LOANDEPOT.COM, LLC,

        Defendants.
_____/

**ORDER GRANTING STIPULATION TO EXTEND DATES AND DEADLINES**

Having reviewed the Parties' attached Stipulation, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Stipulation to Extend Dates and Deadlines, ECF No. 55, is **GRANTED**.

Further, it is **ORDERED** that the Scheduling Order, ECF Nos. 18, as amended by ECF Nos. 47; 51; 54, is **ADJOURNED** as follows:

| | |
|---|---|
| Class Certification Motion Filed By: | February 13, 2026 |
| Class Certification Motion Response Filed By: | April 27, 2026 |
| Class Certification Motion Reply Filed By: | May 21, 2026 |
| Discovery Motions Filed By: | June 25, 2026 |
| Discovery Cutoff: | June 29, 2026 |
| Settlement Conference: | August 12, 2026, at 2:00 PM EDT |
| Motions Challenging Experts Filed By: | September 28, 2026 |
| Dispositive Motions Filed By: | October 13, 2026 |
| Rule 26 Submissions Filed By: | January 12, 2027 |
| Final Pretrial Submissions Filed By: | February 16, 2027 |
| Final Pretrial Conference: | March 2, 2027, at 2:00 PM EST |
| Jury Trial: | March 30, 2027, at 8:30 AM EDT |

      **This is not a final order and does not close this case.**

Dated: December 24, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge