UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff*,

v.

**LOANDEPOT.COM, LLC,**

    *Defendant*.
_____/

Case No. 1:24-CV-11173-TLL-PTM

Honorable Thomas L. Ludington
United States District Judge

## [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DATES AND DEADLINES

Having reviewed the Parties' attached Stipulation, finding good cause, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the Joint Stipulation to Modify Case Management and Scheduling Order, ECF No, ___, is **GRANTED**.

Further, it is **ORDERED** that the Scheduling Order, ECF Nos. 18, as amended by ECF Nos. 47, 51, 54, and 56, is **ADJOURNED** as follows:

| | |
|---|---|
| Class Certification Motion Filed By | April 14, 2026 |
| Class Certification Motion Response Filed By | June 26, 2026 |
| Class Certification Motion Reply Filed By | July 20, 2026 |
| Discovery Motions Filed By | August 24, 2026 |
| Discovery Cutoff | August 28, 2026 |
| Settlement Conference: | October [14], 2026, at ___ am/pm EDT |
| Motions Challenging Experts Filed By | November 27, 2026 |
| Dispositive Motions Filed By | December 11, 2026 |
| Rule 26 Submissions Filed By: | March 13, 2027 |

| | |
|---|---|
| Final Pretrial Submissions Filed By: | April 16, 2027 |
| Final Pretrial Conference: | May [4], 2027, at ___ am/pm EDT |
| Jury Trial: | May [25], 2027 at ___ am/pm EDT |

**This is not a final order and does not close this case.**

Dated: February __, 2026

_____
THOMAS L. LUDINGTON
United States District Judge