# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff*,

v.

**LOANDEPOT.COM, LLC,**

    *Defendant*.

_____/

Case No. 1:24-CV-11173-TLL-PTM

# [PROPOSED] ORDER GRANTING
# JOINT REQUEST FOR AN ORDER COMPELLING DISCOVERY
# FROM NON-PARTY CHARTER COMMUNICATIONS, INC.

Before the Court is the Parties' Joint Request for an order compelling production of documents from non-party, Charter Communications, Inc. ("Charter") pursuant to loanDepot's subpoena. Having considered the Parties' request, the Court hereby orders Charter to produce the documents outlined in Defendant loanDepot.com, LLC's subpoena within fourteen (14) days of this order as follows:

    1.    All records reflecting the name(s), address(es), phone number(s) and email address(es), of the individual(s) associated with IP Address 24.180.85.141.

    2.    All records reflecting the name(s), address(es), phone number(s) and email address(es), of the individual(s) associated with IP Address 75.133.136.113.

    3.    All records reflecting the name(s), address(es), phone number(s) and email address(es), of the individual(s) associated with IP Address 75.133.132.47.

1

    4.    All other records associated with IP Address 24.180.85.141.

    5.    All other records associated with IP Address 75.133.136.113.

    6.    All other records associated with IP Address 75.133.132.47.

    7.    All records reflecting IP address(es) associated with Plaintiff, including but not limited to device names and MAC Addresses from March 1, 2024 through April 1, 2025.

    8.    All records reflecting the name(s), address(es) and email address(es), of the individual(s) associated with IP Address for phone number (989) 240-2316 from March 1, 2024 through April 1, 2025.

    9.    All other records associated with IP addresses for phone number (989) 240-2316, including but not limited to device names and MAC Addresses from March 1, 2024 through April 1, 2025.

IT IS ORDERED that the Joint Request [#___] is **GRANTED**.

Dated: _____

                                                        Hon. Judge Thomas L. Ludington
                                                        United States District Judge