# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff*,

v.

**LOANDEPOT.COM, LLC,**

    *Defendant*.

_____/

Case No. 1:24-CV-11173-TLL-PTM

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Robert E. Hubble and Defendant loanDepot.com, LLC (collectively, the "Parties") have reached a settlement in the above-captioned matter. The Parties are engaging in good faith negotiations to finalize the terms of the settlement agreement. Accordingly, the Parties respectfully request that this Court vacate all upcoming deadlines and allow forty-five (45) days for the Parties to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 26, 2026

By: */s/ Max S. Morgan*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100

Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff Robert Hubble*

TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman
Brittany A. Andres
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

*Attorneys for Defendant loanDepot.com, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I caused a copy of the foregoing to be filed electronically with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

/s/ *Brittany A. Andres*
Brittany A. Andres