UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HUBBLE,

       Plaintiff,                          Case No. 24-11173

v                                       Honorable Thomas L. Ludington

LOANDEPOT.COM, LLC,

       Defendant.

_____/

## ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS

On February 26, 2026, Counsel filed a Notice of Settlement, which indicated that the parties reached a settlement which will be finalized within the next 45 days.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **April 13, 2026.**

                                                                 s/Stephen J. Murphy, III
                                                                 STEPHEN J. MURPHY, III
                                                                 United States District Judge for
                                                                 Thomas L. Ludington
Dated: March 2, 2026                                   United States District Court