## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ROBERT HUBBLE,** *on behalf of himself and all others similarly situated,*

    *Plaintiff,*

v.

**LOANDEPOT.COM, LLC,**

    *Defendant.*

_____/

No. 1:24-CV-11173-TLL-PTM

Hon. Judge Thomas L. Ludington

## NOTICE OF STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)

Plaintiff Robert Hubble ("Plaintiff") and Defendant loanDepot.com, LLC ("loanDepot" or "Defendant") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii) of Plaintiff's individual claims against Defendant *with prejudice*.  The claims of the putative class are dismissed *without prejudice.* Each party shall bear its own costs and attorneys' fees.

Dated: March 23, 2026

*s/Max S. Morgan*
Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Anthony I. Paronich
Paronich Law, P.C.

1

350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


George T. Blackmore (P76942)
BLACKMORE LAW PLC
1100 Owendale Drive, Suite M
Troy, MI 48083
T: (833) 343-6743
F: (855) 744-4419
E: george@blackmore.law

*Attorneys for Plaintiff Robert Hubble*



TROUTMAN AMIN, LLP

By: */s/Brittany A. Andres (w/permission)*
    Eric J. Troutman
    Brittany A. Andres
    400 Spectrum Center Drive
    Suite 1550
    Irvine, CA 92618
    troutman@troutmanamin.com
    brittany@troutmanamin.com
    Tel: (949) 350-5612

*Attorneys for Defendant loanDepot.com, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to he registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to anyone indicated as non-registered participants on March 23, 2026.

*s/Max S. Morgan*
Max S. Morgan