UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HUBBLE,
on behalf of similarly situated persons,

        Plaintiff,                    Case Number 24-11173

v.                                   Honorable David M. Lawson

LOANDEPOT.COM, LLC,

        Defendant.

_____/

## ORDER OF DISMISSAL

On March 23, 2026, the parties filed a stipulation to dismiss the plaintiff's individual claims with prejudice and the putative class's claims without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court has considered the stipulation and finds that it should be granted.

Accordingly, it is **ORDERED** that the parties' stipulation to dismiss (ECF No. 61) is **GRANTED**.

It is further **ORDERED** that the plaintiff's individual claims are **DISMISSED WITH PREJUDICE** and without costs to any party.

It is further **ORDERED** that the putative class's claims are **DISMISSED WITHOUT PREJUDICE** and without costs to any party.

                                 s/David M. Lawson
                                 DAVID M. LAWSON
                                 United States District Judge

Date:   March 24, 2026